# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Bernard Long,<br><br>    Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Defendants. | No. CV-15-01265-PHX-DJH (DMF)<br><br>**ORDER** |

The Court having received the parties' Stipulation to Dismiss Case With Prejudice (Doc. 59),

**IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

Dated this 3rd day of August, 2016.

_____
Honorable Diane J. Humetewa
United States District Judge